NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ASHBURN BYWATERS, CARL LANCASTER,
BETTY L. HOHENBERGER, ORMAN RODERICK,
JUNE RODERICK, AND NAN O. BEELER,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-1032

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 99-CV-0451, Judge Leonard Davis.

## O R D E R

The court considers whether to accept the appellants' reply brief.

On July 12, 2011, the court issued an order denying the appellants' motion to file a reply brief that exceeded the word limit, and directed the appellants to file a conforming reply brief within 14 days from the date of filing of this order.

Prior to the court's order, the appellants filed a conforming reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The brief is accepted.

FOR THE COURT

JUL 1 2 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Cecilia Fex, Esq.
     Ellen J. Durkee, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 2 2011

JAN HORBALY
CLERK